Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF MISSISSIPPI    CASE NO._____

Debtor_____ SS # XXX-XX-_____ Current Monthly Income $_____
Joint Debtor_____ SS # XXX-XX-_____ Current Monthly Income $_____
Address_____ No. of Dependents_____
Telephone No._____ TAX REFUNDS AND EIC FOR DISTRIBUTION:_____

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

## PAYMENT AND LENGTH OF PLAN
The plan period shall be for a period of _____ months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)    Debtor shall pay $_____ per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee.
       A payroll deduction order will be issued to Debtor's employer @: _____
       _____
       _____

(B)    Joint Debtor shall pay $_____ per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee.
       A payroll deduction order will be issued to Debtor's employer @: _____
       _____
       _____

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $_____ @$_____/mo
State Tax Commission $_____ @$_____/mo    Other $_____ @ $_____/mo

## DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO: _____
_____
beginning _____ in the amount of $_____ per month shall be paid:
_____direct    _____through payroll deduction    _____through the plan.

## PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO: _____
_____
in the amount of $_____ shall be paid $_____ per month:
_____through payroll deduction    _____through the plan.

## HOME MORTGAGE(S)
MTG PMTS TO:_____BEGINNING_____@$_____ ( ) PLAN  ( ) DIRECT
MTG PMTS TO:_____BEGINNING_____@$_____ ( ) PLAN  ( ) DIRECT
MTG PMTS TO:_____BEGINNING_____@$_____ ( ) PLAN  ( ) DIRECT
MTG ARREARS TO:_____THROUGH_____$_____@$_____/MO*
                                                                 (*Including interest at _____%)
MTG ARREARS TO:_____THROUGH_____$_____@$_____/MO*
                                                                 (*Including interest at _____%)
MTG ARREARS TO:_____THROUGH_____$_____@$_____/MO*
                                                                 (*Including interest at _____%)

Debtor's Initials_____    Joint Debtor's Initials_____            CHAPTER 13 PLAN, PAGE 1 OF _____

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| | | | | ____% | | |
| | | | | ____% | | |
| | | | | ____% | | |
| | | | | ____% | | |
| | | | | ____% | | |
| | | | | ____% | | |
| | | | | ____% | | |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:_____
_____
_____

**UNSECURED DEBTS** totaling approximately $_____ are to be paid in deferred payments to Creditors that have filed claims that are not disallowed: _____IN FULL or _____% (PERCENT) MINIMUM.

Total Attorney Fees Charged $_____    Pay administrative costs and debtor's attorney fees
Attorney Fees Previously Paid $_____    pursuant to Court Order and/or local rules.
Attorney fees to be paid through the plan $_____

Name/Address/Phone # of Vehicle Insurance Co./Agent    Attorney for Debtor (Name/Address/Phone # / Email)
_____    _____
_____    _____

Telephone/Fax_____    Telephone/Fax_____
                                                E-mail Address_____

DATE:_____    DEBTOR'S SIGNATURE    _____
                           JOINT DEBTOR'S SIGNATURE _____
                           ATTORNEY'S SIGNATURE    _____