WED-32307 0538-3 b9i 09-02625
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 20 2009
DANNY L. MILLER, CLERK
By_____ DEPUTY CLERK

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

010157 10157 2 AT 0.482 37901 2 2 6303-1-10479

Vanderbilt Mortgage
Po Box 15170
Knoxville, TN 379

NIXIE    379  DE 1         00  08/18/09
            RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
    BC: 39225244918        *2959-02704-18-17

39225@2448